**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

FILED

16 MAY 18  AM 10: 42

SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

**United States of America**,

Plaintiff,

-vs-

**Mohammad Abu Khas**,

Defendant.

Case No. 3:16-CR-65

Magistrate Judge Ovington

## ORDER

On oral motion of the Defendant in open court, and having advised the Defendant of the consequences under the Speedy Trial Act of his Motion, the Court finds the Defendant, Muhammad Abu Khas, understands the consequences and that his waiver of any possible objection under the Speedy Trial Act as to the charge under Count 1, is his knowing, intelligent, and voluntary act.

Trial date on Count 1 is extended to permit consideration and screening for Prejudgment Probation, 18 U.S.C. §3607.

Pursuant to 18 U.S.C., Section 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial.

IT IS SO ORDERED.

Date: 5/18/16

Chief United States Magistrate Judge

Defendant:

Defense Counsel: 0059977