IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
17 AUG 21 PM 2:46
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:16CR065 |
| | ) | |
| Mohammad Abu Khas | ) | |
| | ) | |

## ORDER TERMINATING PREJUDGEMENT PROBATION

The above named was placed on prejudgement probation on 9/21/2016 for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgement probation and that the proceedings in the case be terminated.

Dated this 21st day of August, 2017

Sharon L. Ovington
United States Magistrate Judge